UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **ASUS TECHNOLOGY LICENSING INC. AND CELERITY IP, LLC**, <br><br> Plaintiffs, <br><br> v. <br><br> **VERIZON COMMUNICATIONS INC. AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,** <br><br> Defendants. | Civil Action No. 2:23-cv-488 <br><br> **JURY TRIAL DEMANDED** |

## **PLAINTIFFS' 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Civil Procedure 7.1, Plaintiffs Asus Technology Licensing Inc. ("ATL") and Celerity IP, LLC ("Celerity") hereby disclose that:

ATL is a wholly-owned subsidiary of ASUSTeK Computer Inc. No other publicly held corporation owns 10% or more of ATL's stock.

Celerity is a wholly-owned subsidiary of Centreville SPV, LLC, which is a wholly-owned subsidiary of funds managed by GLS Capital, LLC. No publicly held corporation owns 10% or more of Celerity's stock.

DATED: October 19, 2023

Respectfully submitted,

/s/ *Robert Christopher Bunt*

Robert C. Bunt
Texas State Bar No. 00787165
rcbunt@pbatyler.com
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 418

Tyler, Texas 75702
Tel: (903) 531-3535

Jason Sheasby
California State Bar No. 205455
(*pro hac vice* to be filed)
jsheasby@irell.com
Hong (Annita) Zhong, PhD
California State Bar No. 266924
(*pro hac vice* to be filed)
hzhong@irell.com
Christopher Abernethy
California State Bar No. 275986
(*pro hac vice* to be filed)
cabernethy@irell.com
Tony Rowles
California State Bar No. 301209
(*pro hac vice* to be filed)
trowles@irell.com
Stephen Payne
California State Bar No. 310567
(*pro hac vice* to be filed)
spayne@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Tel: (310) 277-1010

**ATTORNEYS FOR PLAINTIFFS**
**ASUS TECHNOLOGY LICENSING INC.**
**AND CELERITY IP, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that, on October 19, 2023, a true and correct copy of the foregoing was served to all counsel of record via CM/ECF.

*/s/ Robert Christopher Bunt*
Robert Christopher Bunt